# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTEL CONTRERAS, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>LIONEL PRESADIO, Trustee of the Lionel and Tania Presadio Trust dated January 30, 1991; TANIA PRESADIO, Trustee of the Lionel and Tania Presadio Trust dated January 30, 1991; and DOES 1-10,<br><br>        Defendants. | Case No.: 2:21-cv-09167-DSF-AFM<br><br>Hon. Dale S. Fischer<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 23, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Chantel Contreras's action against Defendants Lionel Presadio and Tania Presadio, Trustees of the Lionel and Tania Presadio Trust dated January 30, 1991, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: January 28, 2022

*Dale S. Fischer*
Hon. Dale S. Fischer
United States District Judge